IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-173-MHT |
| | ) | |
| UNIQUE C. MUSKELLY | ) | |

ORDER

Upon consideration of the *Petition for Writ of Habeas Corpus Ad Prosequendum*, construed as motion (Doc. 25), filed August 9, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery City Jail, Montgomery, Alabama, commanding it to deliver Unique C. Muskelly to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on August 30, 2006, at 10:00 am, and to return the prisoner to said official when the court shall have finished with her.

DONE this the 10th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

FOR

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE