# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: __AUGUST 30, 2006__

DIGITAL RECORDING: __12:07 - 12:14__

- [✓] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (Rule 5)**
- [✓] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06-CR-173-MHT-DRB**    DEFT. NAME: **UNIQUE C. MUSKELLY**

USA: **A. CLARK MORRIS**    ATTY: **PATE C. DEBARDELEBEN**

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant ____ does  _✓_ does NOT need an interpreter; NAME: _____

---

- [ ] Kars.    Date of Arrest _____ or  [ ] Rule 5 Arrest
- [✓] Kia.    Deft. First Appearance. Advised of rights/charges.  [ ] Pro/Sup Rel Violator
- [ ] Finaff.    Financial Affidavit executed  [ ] to be obtained by PTS;  [ ] **ORAL** Motion for Appt. Of Counsel.
- [ ] koappted    **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- [✓] 20appt.    Panel Attorney Appointed; ✓ to be appointed - prepare voucher
- [ ]    Deft. Advises he will retain counsel. Has retained _____
- [ ]    Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  [ ] To be followed by written motion;
- [ ]    Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ]    **DETENTION HRG**  [ ] held; [ ] Set for_____ ; [ ] **Prelim. Hrg** [ ] Set for_____
- [ ] kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls.    Release order entered.  [ ] Deft. advised of conditions of release.
- [ ] kbnd.    [ ] **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
       [ ] **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- [✓] Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] ko.    Deft. **ORDERED REMOVED** to originating district
- [ ] krmvhrg.    Identity/Removal Hearing [ ] set for_____ ; [ ] **WAIVER** of Rule 5 & 5.1 Hearings
- [ ] kwvprl.    Waiver of Preliminary hearing;
- [ ]    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [✓] Karr.    ARRAIGNMENT SET FOR:_____ ✓ **HELD**. Plea of **NOT GUILTY** entered.
       ✓ **Trial Term** __10/30/06__ ; [ ] **PRETRIAL CONFERENCE DATE:** _____
       ✓ **DISCOVERY DISCLOSURES DATE:** __8/30/06__
- [ ] Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- [ ] Kwvspt    **Waiver of Speedy Trial Act Rights Executed.**