IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-173-MHT |
| ) | |
| UNIQUE C. MUSKELLY ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Unique C. Muskelly, into the custody of Jim Tynan, United States Postal Inspection Service, and/or Trevor Fenwick, United States Secret Service, from September 6, 2006, through December 6, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Jim Tynan, United States Postal Inspection Service, and/or Trevor Fenwick, United States Secret Service, to return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Respectfully submitted this the 5th of September, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:06-cr-173-MHT |
| | ) |
| UNIQUE C. MUSKELLY | ) |

CERTIFICATE OF SERVICE

    I hereby certify that on September 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Pate DeBardeleben.

                                                  LEURA GARRETT CANARY
                                                  UNITED STATES ATTORNEY

                                                  /s/ Christopher A. Snyder
                                                  CHRISTOPHER A. SNYDER
                                                  Assistant United States Attorney
                                                  Post Office Box 197
                                                  Montgomery, Alabama 36101-0197
                                                  334.223.7280
                                                  334.223.7135 fax
                                                  christopher.a.snyder@usdoj.gov