IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.　　　　　　　　　　　) | CR. NO. 2:06-cr-173-MHT |
| ) | |
| UNIQUE C. MUSKELLY　　　) | |

ORDER ON MOTION

Upon consideration of the government's *Petition for Order Directing the United States Marshal to Release Custody of Prisoner*, construed as a *motion* (Doc. 5, September 5, 2006 ), and for good cause, it is **ORDERED** that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Unique C. Muskelly, to Jim Tynan, United States Postal Inspection Service, and/or Trevor Fenwick, United States Secret Service, on September 6, 2006, through December 6, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Jim Tynan, United States Postal Inspection Service, and/or Trevor Fenwick, United States Secret Service, return said prisoner into the custody of the United States Marshals Service when they have finished with her.

DONE this the 6th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE