IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
☒ Northern ☐ Southern ☐ Eastern

HON. Delores R. Boyd     AT Montgomery, Alabama
DATE COMMENCED 9-25-2006     @ 11:12 ☒ a.m. ☐ p.m
DATE COMPLETED 9-25-2006     @ 11:15 ☒ a.m. ☐ p.m

CASE NO. 2:06CR173-MHT

UNITED STATES OF AMERICA
Plaintiff(s)

VS.

UNIQUE C. MUSKELLY
Defendant(s)

APPEARANCES

Plaintiff(s)/Government
Chris Snyder

Defendant(s)
Pate DeBardeleben

**COURT OFFICIALS PRESENT:**

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk:
USPO/USPTS:
Crt Rptr:
Interpreter:
Other:

PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference      ☐ Oral Argument         ☐ Evidentiary Hrg.
☐ Revocation             ☐ Scheduling Conf.      ☐ Show Cause
☐ Settlement Conference  ☐ Telephone Conf.       ☐ Sentencing
☐ Non-Jury Trial         ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other
☒ Pretrial Conference

Pending Motions: None
Discovery Status: Complete     Plea Status: Plea
Trial Status/Length: 1 Day     Trial Term: