IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF THE STATE OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CASE NO. 2:06 CR-00173-MHT |
| UNIQUE C. MUSKELLY | * | |
| Defendant | * | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the above named Unique C. Muskelly, and through counsel, gives notice that she intents to change her plea from not guilty to guilty in the above styled case.

Respectfully submitted this the 2nd day of October, 2006.

_____

Pate DeBardeleben, Attorney for the Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-2130609

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Christopher A. Snyder, A.U.S.A. by mailing to P.O. Box 197, Montgomery, AL 36101-197 this the 2nd day of October, 2006.

_____

Pate DeBardeleben