MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Mitchell Reisner

❏ ARRAIGNMENT        x CHANGE OF PLEA        ❏ CONSENT PLEA

❏ RULE 44(c) HEARING        ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *DELORES R. BOYD*        **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:06cr173-MHT*        **DEFENDANT NAME:** *Unique C. Muskelly*
**AUSA:** *Christopher A. Snyder*        **DEFENDANT ATTY:** *Crowell Pate DeBardeleben*
                                        **Type Counsel:** ( ) Waived; ( ) Retained; (X) Panel CJA; ( ) CDO
**USPO:** Tamara Martin
**Defendant** _____ does ___x___ does NOT need and interpreter.
**Interpreter present?** __x__ NO _____ YES  Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**        ❏ Not Guilty                ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

    XCount(s) ___1___ of the Felony Indictment.

    XCount(s) ___2___ ❏ dismissed on oral motion of USA;

       x- to be dismissed at sentencing

x — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

x — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea
        Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

x — **ORDER:** Defendant Continued under ❏ same bond ; x Released on Bond & Conditions of Release
    ❏ summons; for:

❏ Trial on _____; x- Sentencing  x - to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

    ❏ Posting a $_____ Bond;

    ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.