IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-00173-MHT-DRB |
| | ) | |
| UNIQUE C. MUSKELLY | ) | |

## MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through its United States Attorney, Leura G. Canary, and moves this court to continue sentencing in the above-styled case and as grounds therefore says as follows:

1. The defendant is currently set for sentencing on January 31, 2007.

2. On information and belief, the United States avers that Defendant Muskelly will be a necessary witness at the trial to be conducted on February 5, 2007, in the case of United States v. Taneshia Michelle Lawson.

3. The full extent of Defendant Muskelly's substantial assistance will not be known until the trial is complete in United States v. Taneshia Michelle Lawson.

4. The undersigned has contacted Pate Debardeleben's office, attorney for defendant, to receive his position on this request, but did not have opportunity to speak with him prior to the filing of this motion.

Wherefore, the above premises considered, the United States respectfully requests the Court to continue the sentencing in the above-styled matter to a date after the completion of the jury trial in the case of United States v. Taneshia Michelle Lawson.

Respectfully submitted this 4th day of December, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher A. Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CR. NO. 2:06-cr-00173-MHT-DRB |
| | ) | |
| **UNIQUE C. MUSKELLY** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Pate Debardeleben.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov