IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr173-MHT |
| **UNIQUE C. MUSKELLY** | ) | |

### ORDER

Counsel for defendant Unique C. Muskelly having orally informed the court that there is no objection, it is ORDERED as follows:

(1) The government's motion to continue sentencing (doc. no. 206) is granted.

(2) Sentencing for defendant Unique C. Muskelly, now set for March 7, 2007, is reset for July 3, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 15th day of February, 2007.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**