IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr173-MHT |
| UNIQUE C. MUSKELLY | ) | |

## ORDER

Because of a scheduling conflict, it is ORDERED that the sentencing for defendant Unique C. Muskelly, now set for July 3, 2007, is reset for July 19, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 26th day of April, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**