PROB 12B
(7/93)

# United States District Court

### for

### Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Unique C. Muskelly                Case Number: 2:06cr173-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: July 19, 2007

Original Offense: Conspiracy to Steal Social Security Checks, 18 U.S.C. 371

Original Sentence: 3 years probation

Type of Supervision: Probation                Date Supervision Commenced: July 19, 2007

## PETITIONING THE COURT

[ ]    To extend the term of supervision for __ years, for a total term of __ years.

[x ]    To modify the conditions of supervision as follows:

**The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs. The defendant shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.**

## CAUSE

On July 1, 2008, Unique Muskelly reported to Keeton Corrections, a federal halfway house, in Spanish Fort, Alabama, pursuant to a modification ordering her to complete three months in community corrections center (Doc. No. 239). The defendant was given a drug test by halfway house staff, and she tested positive for the use of marijuana and methamphetamine. The drug test was confirmed by Redwood Toxicology Laboratory on July 7, 2008.

The probation officer believes the requested modification will serve as a deterrent to future noncompliance and as a correctional means to address any substance abuse issues. Ms. Muskelly signed Probation Form 49 waiving her right to a hearing and assistance of counsel and agreed to the proposed modification.

PROB 12B
(7/93)

Respectfully submitted,

by    /s/ John C. Meredith
U.S. Probation Officer
Date: July 17, 2008


Reviewed and approved:    /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[ ]    The Modification of Conditions as Noted Above
[ ]    Other


Signature of Judicial Officer


Date