PROB 49

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

**WAIVER OF HEARING TO MODIFY CONDITIONS OF
PROBATION/SUPERVISED RELEASE OR EXTEND TERM OF SUPERVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Number 2:06CR173-01-MHT |
| ) | |
| Unique C. Muskelly ) | |

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs. The defendant shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.**

Unique Muskelly
Probationer

Witness:

Lucy May
Director of Keeton Corrections

7-16-2008
Date