IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr No. 2:06cr173-MHT |
| | ) | |
| UNIQUE C. MUSKELLY | ) | |

## ORDER

The Court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the Atty Crowell Pate DeBarbeleben be and is hereby re-appointed to represent the defendant during the proceedings currently pending before the court.

DONE, this the 21st day of July, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE