IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr173-MHT |
| **UNIQUE C. MUSKELLY** | ) | |

## ORDER

Because this is, at least, the second modification petition as to defendant Unique C. Muskelly, it is ORDERED that the modification petition (Doc. No. 241) is set for an evidentiary hearing on July 31, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

If defendant Muskelly does not have an attorney, the clerk of the court is to make arrangements for a court-appointed attorney.

DONE, this the 22nd day of July, 2008.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**