IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2008 JUL 29  A 10: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * CASE NO. 2:06cr173-MHT | |
| | * | |
| UNIQUE C. MUSKELLY | * | |

## MOTION TO CONTINUE

     COMES NOW the above named UNIQUE C. MUSKELLY and, through counsel, moves this Court to continue the Evidentiary Hearing in this cause presently set for July 31, 2008 at 10:00 a.m. As grounds for said motion counsel avers the following;

     1. Counsel was contacted on today's date by U.S. Probation Officer John Meredith and A.U.S.A. Chris Snyder that Unique C. Muskelly had further violated her conditions of Supervised Release and had been removed from the Half Way House where she was assigned. The Hearing presently set in this Court is for a modification of conditions and would not address the resent alleged violation. In addition counsel desire time to prepare for the new allegations.

     2. Counsel for the government and the U.S. Probation Officer do not object to a continuance.

     WHEREFORE, counsel moves this Court to continue the Evidentiary Hearing set for July 31, 2008 until a future date.

Respectfully submitted this the 29th day of July, 2008.

*[signature]*

Pate DeBardeleben, Attorney for Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Chris Snyder by mailing to P.O. Box 197, Montgomery, AL 36101-0197, and U.S. Probation Officer John Meredith by mailing to One Church Street, Montgomery, AD 36104, this the 29th day of July, 2008.

*[signature]*

Pate DeBardeleben