# UNITED STATES DISTRICT COURT

for the

## MIDDLE DISTRICT OF ALABAMA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Unique C. Muskelly                     Case Number: 2:06CR173-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: July 19, 2007

Original Offense: Conspiracy to Steal Social Security Checks, 18 U.S.C. § 371

Original Sentence: 3 years probation

Type of Supervision: Probation                     Date Supervision Commenced: July 19, 2007

Assistant U.S. Attorney: Christopher A. Snyder          Defense Attorney: Crowell Pate DeBardeleben

## PETITIONING THE COURT

[]      To issue a warrant
[X]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Viol. 1- Special Condition: "The defendant shall reside in a Community Corrections Center maintained or under contract to the Federal Bureau of Prisons for a term of three (3) months and shall comply with the rules of that facility..."** | On July 26, 2008, at approximately 7:45pm, Unique Muskelly violated the rules at Keeton Corrections. Ms. Muskelly was observed by Keeton Corrections staff, hugging male resident Derrick Jackson. The offender's arms were around Mr. Jackson's neck, and Mr. Jackson's arms were around the offender's waist. The offender was warned of her inappropriate behavior on several occasions. Unique Muskelly has been terminated from Keeton Corrections. |

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be
        [X ]    revoked.
        [ ]     extended for _ years, for a total term of _ years.

[ ]     The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 28, 2008

  /s/ John C. Meredith
    John C. Meredith
    U. S.  Probation Officer


Reviewed and approved:  /s/ David Ron Thweatt
                  David Ron Thweatt
                  Supervisory U.S. Probation Officer


THE COURT ORDERS:

[ ]     No Action
[ ]     The Issuance of a Warrant
[X]     That a summons shall issue; and that this revocation petition (Doc. No. 245) is set, and the
        modification petition (Doc. No. 241) is reset, for hearing on September 4, 2008, at 10:00 a.m., in the
        Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street,
        Montgomery, Alabama.
[ ]     Other


  /s/ Myron H. Thompson
  Signature of Judicial Officer

  July 29, 2008
  Date