✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>          DISTRICT OF          <u>ALABAMA</u>

UNITED STATES OF AMERICA

**NOTICE**

V.

UNIQUE C. MUSKELLY                    CASE NUMBER:  2:06cr173-MHT

TYPE OF CASE:

☐ **CIVIL**        X  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

REVOCATION HEARING

X  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex  2FMJ One Church Street Montgomery, AL 36104 | 9/4/08 @ 10:00 A.M. | 9/4/08 @ 1:30 p.m. |

_Debra P. Hackett_
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

9/3/08
DATE

(BY) DEPUTY CLERK