IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION NO.** |
| | ) | **2:03cr173-MHT** |
| **UNIQUE C. MUSKELLY** | ) | |

<u>ORDER</u>

At the oral request of the parties, it is ORDERED that the revocation hearing, now scheduled for September 4, 2008, is continued to September 18, 2008, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 5th day of September, 2008.

                /s/ Myron H. Thompson
           **UNITED STATES DISTRICT JUDGE**