IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr173-MHT |
| UNIQUE C. MUSKELLY | ) | (WO) |

### ORDER

Based on the court's finding that defendant Unique C. Muskelly violated the conditions of her probation (Doc. No. 239), it is ORDERED that the revocation petition (Doc. No. 245) is granted to the extent that the three-year period of probation imposed on July 19, 2007 (Doc. No. 230), is continued and the terms of probation are modified by the addition of the following conditions:

(1) Defendant Muskelly shall serve four consecutive weekends at a jail facility to be designated by the Federal Bureau of Prisons. She shall surrender for service of this term each Friday no later than 6:00 p.m. and shall be released each Sunday at 6:00 p.m. Failure to report on time for service of this sentence, each

weekend, will be considered a violation of her probation and will subject her to further penalties, including revocation of probation. The exact date to begin this modification will be as directed by the United States Probation Officer.

(2) Defendant Muskelly shall participate in a program of mental-health testing and treatment, as directed by the probation officer. She shall also participate in a program of drug testing and treatment, as directed by the probation officer, to determine if she has reverted to the use of drugs. She shall contribute to the cost of mental-health and drug treatment based on her ability to pay and the availability of third-party payment.

(3) Defendant Muskelly shall obtain and maintain full-time, verifiable employment.

(4) Defendant Muskelly shall obtain a GED.

(5) Finally, defendant Muskelly shall submit to DNA testing, as directed by the probation officer.

It is further ORDERED that the modification petition (Doc. No. 241) is denied as moot.

DONE, this the 22nd day of September, 2008.

                                <u>/s/ Myron H. Thompson</u>
                              **UNITED STATES DISTRICT JUDGE**